IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR94 |
| STAN L. GIBSON, JR., | ) ) | **ORDER** |
| Defendant. | ) ) | |

UPON THE ORAL MOTION OF THE DEFENDANT,

    IT IS ORDERED that the Change of Plea hearing is continued to **June 5, 2006** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    For this defendant, the time between **May 30, 2006** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 30th day of May, 2006.

                            BY THE COURT:

                            s/ F.A. Gossett
                            United States Magistrate Judge